IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN J. WEBB,
ADC #141031                                                                           PLAINTIFF

v.                                          5:10CV00047JMM/HLJ

WENDY KELLEY, et al.                                                          DEFENDANTS

<u>ORDER</u>

The Court has received  proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr..  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that defendants Edwards, Lau, Dean, Carter, and Boganhall are hereby DISMISSED from plaintiff's complaint for failure to state a claim.

IT IS SO ORDERED this 19th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE