IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN J. WEBB,
ADC #141031                                                                          PLAINTIFF

5:10CV00047JMM/JTK

WENDY KELLEY, et al.                                                         DEFENDANTS

ORDER

On April 21, 2010, summons was returned, unexecuted, with respect to defendants Gaye,

C. Wright, Willoughby, and J. Davis. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the

defendants William Gaye, C. Wright, Faith Willoughby, and J. Davis, and the United States

Marshal is hereby directed to serve a copy of the summons and complaint (Doc. No. 1) on

defendants, in care of Arkansas Department of Correction Compliance Office, P.O. Box 20550,

Pine Bluff, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 6th day of May, 2010.

_____
United States Magistrate Judge