IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN J. WEBB,
ADC #141031                                                                                          PLAINTIFF

v.                                    5:10CV00047JMM/JTK

WENDY KELLEY, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for temporary restraining order, preliminary injunction, and declaratory judgment, which this Court construes as a motion for preliminary injunctive relief (Doc. No. 7) is hereby DENIED.

IT IS SO ORDERED this 26th day of May, 2010.


_____
UNITED STATES DISTRICT JUDGE