## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**BRIAN J. WEBB**
**ADC #141031**                                                                    **PLAINTIFF**

**V.**                              **5:10CV000047 JMM**

**WENDY KELLEY, et al**                                                      **DEFENDANTS**

### ORDER

Pending is the Plaintiff's motion for reconsideration of the Court's decision to deny his motion for temporary restraining order. The Defendants are directed to file a response to this motion on or before July 23, 2010.

IT IS SO ORDERED this 12th day of July, 2010.

_____
James M. Moody
United States District Judge