IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN J. WEBB
ADC # 141031                                                                                    PLAINTIFF

V.                                         5:10CV00047 JMM/JTK

WENDY KELLEY, et al.                                                                     DEFENDANTS

## ORDER DENYING MOTION FOR RECONSIDERATION

Pending is the Plaintiff's Motion for Reconsideration of the Court's Order dated May 26, 2010 denying Plaintiff's motion for preliminary injunction. The Defendants have responded to the motion for reconsideration.

In his motion, Plaintiff claims he is being transferred to the East Arkansas Regional Unit Max where he would be in contact with the defendants. Attached to the Defendants' response is a detailed print-out of the Plaintiff's mental health visits. According to this document, Plaintiff is housed at the Special Program Unit and is receiving mental health services on a regular basis. Because the Plaintiff has failed to provide the Court with any new evidence in support of his motion for a preliminary injunction, the Court finds that the motion (Docket # 60) should be, and hereby is, DENIED for the reasons stated in the Court's May 26, 2010 Order and the Partial Report and Recommendations filed on May 7, 2010.

IT IS SO ORDERED this 17th day of August, 2010.

James M. Moody
United States District Judge