IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN J. WEBB,                                                                                          PLAINTIFF
ADC #141031

v.                                          5:10-cv-00047-JMM-JTK

WENDY KELLEY, et al.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 16th day of November, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE